CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 2 2008

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DUANE SCOTT BOYCE,<br>    Petitioner, | Civil Action No. 7:08-cv-00213 |
| v. | **FINAL ORDER** |
| U. S. MARSHALS SERVICE,<br>    Respondent. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby **DISMISSED** without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A. Any pending motions are **DENIED as MOOT**, and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 12th day of March, 2008.

_____
United States District Judge